Irving A. Manacher v. Alfred T. Manacher.—

Concur—
Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

Joseph M. Jaffin v. General Machine Parts Co., Inc.—

Concur—Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

Edith Glaser et al., v. Schreiber Trucking Co. et al. Doris Brunn et al., v. Schreiber Trucking Co. et al.—

Concur—Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

Arnold Schildhaus v. City of New York.—

Concur—Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

Standard Accident Insurance Company v. Sharon L. Neider et al.

Concur—
Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

Harold Tillman, an Infant, v. New York City Housing Authority, et al.—

Concur—Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

Joseph W. Littman v. Harry Grossman et al., Doing Business as Grossman & Grossman.—

Concur—Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

John W. Ross, Jr., an Infant, by John W. Ross, Sr., His Guardian ad Litem, et al. v. New Amsterdam Casualty Company.—

Concur—Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

In the Matter of Palladium Enterprises, Inc. v. New York State Liquor Authority.—

Concur—
Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.

Hubert Park Beck v. Teachers' Retirement Board of the City of New York.—

Concur—Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.